**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES EDWARD JONES, SR.                                                                 PLAINTIFF
ADC #144544

v.                                        5:16CV00278-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Permanent Injunction (Doc. No. 2) is DENIED;

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 28th day of September, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE