# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.                                                                                         PLAINTIFF
ADC #144544

v.                                                    5:16-cv-00278-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                              DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Charles E. Jones, Sr. ("Plaintiff") filed this action *pro se* pursuant to 42 U.S.C. § 1983 on September 7, 2016. (Doc. No. 1.) However, he neither paid the filing fee nor filed an Application to Proceed Without Prepayment of Fees and Affidavit ("Application"). So, on September 12, 2016, I ordered him to either pay the filing fee or submit an Application. (Doc. No. 3.) On October 11, 2016, Plaintiff filed a Motion seeking additional time to pay the filing fee. (Doc. No. 9.) In the Motion, Plaintiff submitted proof of his intention to pay the filing fee but the Clerk had returned his check because it was made out for an incorrect amount. (*Id.*) Based on this Motion, I granted Plaintiff until October 31, 2016, to pay the filing fee or file an Application to proceed *in forma pauperis*. As of this date, Mr. Jones has neither paid the filing fee nor filed an Application. Therefore, I recommend Plaintiff's Complaint be DISMISSED without prejudice for failing to pay the filing fee.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 1) be DISMISSED for failure to pay the filing fee.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

2

Dated this 8th day of November, 2016.

                                              _____
                                              JOE J. VOLPE
                                              UNITED STATES MAGISTRATE JUDGE