**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES EDWARD JONES, SR.                                                                        PLAINTIFF
ADC #144544

v.                                            5:16-cv-00278-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                              DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 1) is DISMISSED for failure to pay the filing fee.[1]

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 15th day of November, 2016.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff states that he has requested the prison prepare a check in the amount of $400 to pay the filing fee. If Plaintiff provides the Court with the correct filing fee, he can either re-file this action or request that this case be re-opened.